USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN M. GOLDEN ET AL.,

Plaintiffs,

-against-

LINBLAD EXPEDITIONS, LLC ET AL.,

Defendant.

1:26-cv-07848-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 15, 2026, Defendants submitted a letter requesting a pre-motion conference regarding their anticipated Fed. R. Civ. P. 12(b)(6) motion to dismiss. [ECF No. 11]. Plaintiffs have not filed an opposing letter within the time period under the Court's Rules, and in Defendants' submission, it is represented that "Plaintiffs' counsel has advised that Plaintiffs do not object to Defendants making the anticipated motion, but do not consent to the relief sought and will oppose the motion on the merits." *Id.* at 4.

Accordingly, IT IS HEREBY ORDERED that Defendants' request for a pre-motion conference is DENIED and Defendants are GRANTED leave to file a Motion to Dismiss.

IT IS FURTHER ORDERED that on or before October 30, 2026, Plaintiffs shall file a letter informing the Court whether they seek leave to amend the Complaint in response to Defendants' pre-motion letter. The Court will not grant leave to amend later based on arguments in Defendants' pre-motion letter.

IT IS FURTHER ORDERED that if Plaintiffs do not seek leave to amend the Complaint, the briefing schedule for Defendants' Motion to Dismiss shall be as follows:

- Motion due on or before November 6, 2026;
- Opposition due on or before November 27, 2026; and

- Reply due on or before December 11, 2026.

IT IS FURTHER ORDERED that if Plaintiffs elect to amend the Complaint, the Amended Complaint shall be filed on or before November 6, 2026. If Plaintiffs elect to amend the Complaint, Defendants shall file a letter within three business days of the filing of the Amended Complaint advising the Court whether they still seek to file a Motion to Dismiss. The Court will modify and/or set deadlines accordingly.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Dated: New York, NY**
**October 20, 2026**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**