UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:26-cv-07848

ALAN M. GOLDEN and BARBARA GOLDEN,

Plaintiffs,

v.

LINDBLAD EXPEDITIONS, LLC, LINDBLAD MART'IME ENTERPRISES, LTD., NATIONAL GEOGRAPHIC PARTNERS, LLC, and AMY E. HELLMAN,

Defendants.
________________________________________/

**MOTION FOR ADMISSION PRO HAC VICE**

Marian Rivera Llaurado, Esq. ("Movant"), pursuant to Local Civil Rule 1.3 of the Local Civil Rules of the United States District Courts for the Southern District of New York, respectfully moves this Court for an Order admitting Movant pro hac vice to appear as counsel for Defendants, Lindblad Expeditions, LLC, Lindblad Maritime Enterprises, Ltd., and National Geographic Partners, LLC (hereinafter collectively referred to as "Defendants") in the above-captioned action, and in support states as follows:

1. Movant resides in Florida and is not a resident of the State of New York.
2. Movant is an attorney with the law firm Hamilton, Miller & Birthisel, LLP, 150 Southeast 2nd Street, Suite 1200, Miami, Florida 33131.
3. Hamilton, Miller & Birthisel, LLP has been retained to represent Defendants in this action.
4. Movant was admitted to practice law in the State of Florida on April 12, 2017 (Florida Bar No. 127420) and is a member in good standing of the bar of the State of Florida. Movant


HAMILTON, MILLER & BIRTHISEL LLP
41 MADISON AVENUE, 31ST FLOOR NEW YORK, NEW YORK 10010
TELEPHONE: 305-379-3686 FACSIMILE: 305-379-3690

is also admitted to practice before the United States District Court for the Southern District of Florida. Movant is not a member of the bar of any other state.

5. There are no pending disciplinary proceedings against Movant in any state or federal court.
6. Movant has never been convicted of a felony.
7. Movant has never been censured, suspended, disbarred, or denied admission or readmission by any court.
8. Movant is associated in this matter with William Clair, Esq., a partner with Hamilton, Miller & Birthisel, LLP, who is a member in good standing of the bar of the State of New York and is admitted to practice before this Court.
9. In support of this Motion, Movant attaches (a) Movant's notarized affidavit pursuant to Local Civil Rule 1.3; (b) a Certificate of Good Standing issued by the Supreme Court of Florida within thirty (30) days of the filing of this Motion[1]; and (c) a proposed Order for Admission Pro Hac Vice.

WHEREFORE, Movant respectfully requests that the Court grant this Motion and enter the attached proposed Order admitting Movant pro hac vice to appear as counsel for Defendants, Lindblad Expeditions, LLC, Lindblad Maritime Enterprises, Ltd., and National Geographic Partners, LLC in this action.

Respectfully Submitted,

/s/ Marian Rivera Llamado

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
William F. Clair, Esq.

[1] The Certificate of Good Standing reflects Movant's name as "Marian Laida Rivera" because it was issued before the Supreme Court of Florida entered the order changing Movant's legal name. A copy of that order is also attached to confirm that Movant is the same individual identified in the Certificate of Good Standing.

Florida Bar No.: 693741
wclair@hamiltonmillerlaw.com
Marian Rivera Llaurado, Esq.(Pro Hac Vice)
Florida Bar No. 127420
mlrivera@hamiltonmillerlaw.com
**HAMILTON, MILLER & BIRTHISEL, LLP**
41 Madison Avenue, 31st Floor
New York, New York 10010
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
***Attorneys for Defendants, Lindblad Expeditions, LLC, Lindblad Maritime Enterprises, Ltd., and National Geographic Partners, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

**SERVICE LIST**

| | |
|---|---|
| Adam P. Friedman, Esq.<br>**CHIESA SHAHINIAN & GIANTOMASIC, PC**<br>11 Times Square, 34th Floor<br>New York, New York 10036<br>(212) 973-0572<br>***Attorney for Plaintiff*** | Jerry D. Hamilton, Esq.<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>William F. Clair, Esq.<br>Florida Bar No.: 693741<br>wclair@hamiltonmillerlaw.com<br>Marian Rivera Llaurado, Esq.(Pro Hac Vice)<br>Florida Bar No. 127420<br>mlrivera@hamiltonmillerlaw.com<br>**HAMILTON, MILLER & BIRTHISEL, LLP**<br>41 Madison Avenue, 31st Floor<br>New York, New York 10010<br>Telephone: (305) 379-3686<br>Facsimile: (305) 379-3690<br>***Attorneys for Defendants, Lindblad Expeditions, LLC, Lindblad Maritime Enterprises, Ltd., and National Geographic Partners, LLC*** |